William Skinner et al., appellants, v. Northern Trust Company, trustee under the last will and testament of Martin A. Ryerson, deceased, appellee. Gen. No. 38,980.

Opinion filed May 19, 1937.

Edgar J. Schoen, for appellants. Scott, MacLeish & Falk, for appellee; George W. Swain and John J. Yowell, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Ridgewood Cemetery Company, appellee, v. Christina Pearson, appellant. Gen. No. 39,067.

Opinion filed May 19, 1937.

Thos. J. Finnegan, for appellant. Brelin, Britton & Landon, for appellee; Floyd E. Britton, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Catherine Siedlinski, administratrix of the estate of Andrew Siedlinski, deceased, appellant, v. Metropolitan Life Insurance Company, appellee. Gen. No. 39,107.

Opinion filed May 19, 1937.

Thomas C. Hollywood, for appellant. Hoyne, O'Connor & Rubinkam, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Jacob Stangle, appellee, v. Thomas Muscato et al., defendants. Appeal of B. M. Patton, appellant. Gen. No. 39,154.

Opinion filed May 19, 1937.

William Sherman Stahl, for appellant. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.